Hilda Raymond, C. Carmichael and S. E. Rowe, Plaintiffs in Error, vs. R. McConathy as Mayor of the City of Ocala, for the use of said City of Ocala, Defendant in Error.

Writ of error to Circuit Court, Marion county; William A. Hocker, Judge.

H. L. Anderson, for Plaintiffs in Error.

No appearance for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff and the defendants take writ of error.

Writ of error dismissed because there is no sufficient evidence before the court that any service of a proper *scire facias ad audiendum errores* has been made upon the defendant in error.